STEPHEN KAM (Cal. Bar No. 327576)
Email: kams@sec.gov
SARA D. KALIN (Cal. Bar No. 212156)
Email: kalins@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission

Joseph G. Sansone, Chief (Market Abuse Unit)
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004-2616

Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>GABRIEL REBEIZ,<br><br>    Defendant. | Case No. 3:25-cv-00124-BAS-KSC<br><br>**NOTICE OF ERRATA AND REQUEST FOR ENTRY OF CORRECTED FINAL JUDGMENT AS TO DEFENDANT GABRIEL REBEIZ** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

WHEREAS, the Securities and Exchange Commission ("SEC") filed a Motion for Judgment on January 24, 2025, ECF No. 5.;

WHEREAS, the Motion for Judgment included Defendant Gabriel Rebeiz's consent to, among other things, a five-year officer and director bar;

WHEREAS, on January 24, 2025, the SEC lodged a version of the proposed Final Judgment as to Defendant that inadvertently omitted the language limiting the officer and director bar to five years;

WHEREAS, the Court entered that version of the Final Judgment on January 29, 2025, ECF No. 6; and

WHEREAS, a corrected version of the proposed Final Judgment as to Defendant Gabriel Rebeiz will be electronically submitted to the Court's chambers email.

NOW, THEREFORE, the SEC respectfully requests that the Court enter the Corrected Final Judgment as to Defendant Gabriel Rebeiz.

Dated: <u>January 29, 2025</u>    Respectfully submitted,

<i>/s/ Sara D. Kalin</i><br>
Sara D. Kalin<br>
Attorney for Plaintiff<br>
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 29, 2025, I caused to be served the document entitled **NOTICE OF ERRATA AND REQUEST FOR ENTRY OF CORRECTED FINAL JUDGMENT AS TO DEFENDANT GABRIEL REBEIZ** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 29, 2025          */s/ Sara D. Kalin*
                                Sara D. Kalin

*SEC v. Rebeiz*
**United States District Court**
**Southern District of California**
Case No. 3:25-cv-00124-BAS-KSC

## SERVICE LIST

Jason L. Liang, Esq.
Liang Ly LLP
601 South Figueroa Street
Suite 1950
Los Angeles, CA 90071
Tel: 213-262-8000
liang@lianglyllp.com

*Attorney for Defendant*